# Third District Court of Appeal

## State of Florida

Opinion filed February 27, 2019.

————————————

No. 3D18-2389
Lower Tribunal No. 15-17922

————————————

**Brigitte Luscar,**
Appellant,

vs.

**U.S. Bank Trust National Association, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Beatrice Butchko, Judge.

Fleurantin, Francois & Antonin and Larry R. Fleurantin, for appellant.

Phelan Hallinan Diamond & Jones and Jonathan Blackmore (Fort Lauderdale), for appellee.

Before SALTER, SCALES, and MILLER, JJ.

PER CURIAM.

Based on the confession of error of Appellee U.S. Bank Trust National Association, As Trustee, the final foreclosure judgment is vacated and the cause is remanded to the trial court for further proceedings.